1    HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11    ANGELA CROSS, a single woman,
individually and natural guardian of M.W., IV,    Case No. C07-5311RBL
a minor child

12

13                            Plaintiff,    ORDER GRANTING SUMMARY
JUDGMENT AND DENYING MOTION
FOR SANCTIONS

14                    v.

15    CITY OF LAKEWOOD, a municipal
corporation, et al.

16

17                            Defendant.

18

THIS MATTER is before the court on the Motion for Summary Judgment filed by the

19
Defendants City of Lakewood, unknown Police officers, and Richard Branson and his marital

20
community.   [Dkt. # 25]

21
The gist of defendants' Motion is that the Plaintiff has not alleged (and cannot allege) that

22
any of these defendants had any contact with the plaintiff whatsoever. The Motion was noted for

23
April 11, 2007.  The Plaintiff has not responded to the Motion.    These defendants now also

24
move the court for sanctions against the Plaintiff [Dkt. # 28], under Fed. R. Civ. P. 11.

25
Because the motion for summary judgment appears to be meritorious and because the

26
plaintiff has failed to respond in any fashion to it, the Defendants' Motion for Summary Judgment

27
[Dkt. # 25] is GRANTED.  The Motion for sanctions [Dkt. # 28] is DENIED.

28
//

ORDER
Page - 1

1    The Moving Defendants are DISMISSED from this case with prejudice.

2    IT IS SO ORDERED.

3    Dated this 22nd day of April, 2008.

4

5    RONALD B. LEIGHTON

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2