HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA CROSS, a single woman, individually and natural guardian of M.W., IV, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD, a municipal corporation, et al.<br><br>Defendant. | Case No. C07-5311RBL<br><br>**AMENDED** ORDER GRANTING SUMMARY JUDGMENT AND DENYING MOTION FOR SANCTIONS |

THIS MATTER is before the court on the Motion for Summary Judgment filed by the Defendants City of Lakewood, unknown Police officers, and Richard **Barnard** and his marital community.  [Dkt. # 25]

The gist of defendants' Motion is that the Plaintiff has not alleged (and cannot allege) that any of these defendants had any contact with the plaintiff whatsoever. The Motion was noted for April 11, 2007.  The Plaintiff has not responded to the Motion.    These defendants now also move the court for sanctions against the Plaintiff [Dkt. # 28], under Fed. R. Civ. P. 11.

Because the motion for summary judgment appears to be meritorious and because the plaintiff has failed to respond in any fashion to it, the Defendants' Motion for Summary Judgment [Dkt. # 25] is GRANTED.  The Motion for sanctions [Dkt. # 28] is DENIED.

//

ORDER
Page - 1

1    The Moving Defendants are DISMISSED from this case with prejudice.

2    IT IS SO ORDERED.

3    Dated this 23rd day of April, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2