| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA CROSS, a single woman, individually and natural guardian of M.W., IV, a minor child<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD, a municipal corporation, et al.<br><br>Defendant. | Case No. C07-5311RBL<br><br>ORDER GRANTING SUMMARY JUDGMENT |

THIS MATTER is before the court on the Motion for Summary Judgment filed by Defendants University Place, Meyer and Lopez. [Dkt. # 34]

The gist of these defendants' Motion is that the Deputies' stop of the Plaintiffs was based on a reasonable and articulable suspicion as matter of law, and they did not use excessive force as a matter of law. The Motion was filed July 8, 2008, and noted for August 8, 2008. Plaintiff has not responded in any fashion to the Motion.

Because the motion for summary judgment appears to be meritorious and because the plaintiff has failed to respond to it, the Defendants' Motion for Summary Judgment [Dkt. # 34] is GRANTED. See Local Rule 7(b)(2).

//

/

ORDER
Page - 1

1 | The Moving Defendants are DISMISSED from this case with prejudice.
2 | IT IS SO ORDERED.
3 | Dated this 3rd day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE